# EXHIBIT 1

Clerk of the Superior Court
*** Electronically Filed ***
S. Allen, Deputy
6/28/2022 1:29:15 PM
Filing ID 14492167

Byron F. Browne (030499)
**BROWNE LAW GROUP**
366 North Gilbert Rd, Suite 201
Gilbert, Arizona 85234
Phone/Fax: (480) 771-2442
byron@antilawyer.com
legal@antilawyer.com
*Attorney for Plaintiff*

BROWNE LAW GROUP
PERSONAL INJURY ATTORNEYS

**IN THE SUPERIOR COURT FOR THE STATE OF**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| CODY CIESIELSKI<br><br>Plaintiff,<br><br>vs.<br><br>PERRY SCHMOEKEL, individually; and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; a Utah corporation sole; DOES I-X, BLACK CORPORATIONS I-X AND WHITE PARTNERSHIPS I-X<br><br>Defendant. | Case No.: CV2022-092832<br><br>**COMPLAINT**<br><br>(Tort/Motor Vehicle)<br><br>(Tier 2) |

Plaintiff, Cody Ciesielski, by and through counsel undersigned, for his Complaint hereby alleges as follows:

## JURISDICTIONAL ALLEGATIONS

1. The damages sought in this matter are within the original jurisdiction of this court.

2. The events that form the basis for this complaint occurred within Maricopa County, Arizona and venue in this court is proper pursuant to A.R.S.§ 12-401.

BROWNE LAW GROUP
PERSONAL INJURY ATTORNEYS

3. Plaintiff is a resident of Maricopa County, Arizona

4. Upon information and belief, Defendant PERRY SCHMOEKEL is a resident of the State of Arizona, was domiciled as such as of the date of the incident and giving rise to this lawsuit.

5. Upon information and belief Defendant PERRY SCHMOEKEL is a single individual and a resident of the State of Arizona who was domiciled as such as of the date of the incident giving rise to this lawsuit.

6. Upon information and belief Defendant THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS is a Utah corporation sole.

7. Defendants designated herein as DOES I-X, BLACK CORPORATIONS I-X, and WHITE LIMITED PARTNERSHIPS I-X, inclusive, are unknown to Plaintiff at this present time; however, it is alleged and believed these Defendants were involved the initiation, approval, support, or execution of the wrongful acts on which this action is premised, or of similar actions directed against Plaintiff about which they are presently unaware. As the specific identities of these parties are revealed through the course of discovery, the DOES, BLACK, and WHITE will be replaced to identify these parties by their true names and capacities.

## GENERAL ALLEGATIONS

8. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 7 of his Complaint as though expressly set forth herein.

BROWNE LAW GROUP
PERSONAL INJURY ATTORNEYS

9. On or about March 6, 2021, Plaintiff was traveling eastbound on University Drive in Mesa, Maricopa County, Arizona.

10. At the same date and time, Defendant SCHMOEKEL was driving a white pickup truck. Defendant attempted to make a left-hand turn across all oncoming eastbound traffic on University Drive when he collided with Plaintiff.

11. Plaintiff has suffered permanent injuries, loss of enjoyment of life, suffered loss of past and future household services, expenses for medical care and treatment, and incurred expenses incidental thereto.

**COUNT I – NEGLIGENCE**
**(ALL DEFENDANTS)**

12. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 11 of his Complaint as though expressly set forth herein.

13. Defendant SCHMOEKEL owed a duty of care to Plaintiff to operate his vehicle in a reasonable and prudent manner to avoid collision with Plaintiff.

14. Defendant SCHMOEKEL breached the duty of care to Plaintiff, causing the collision and causing bodily injury to Plaintiff by failing to exercise due care in the operation of his vehicle.

15. As a result of the collision caused by Defendant's negligence, Plaintiff suffered pain and suffering, inconvenience, curtailment of his usual activities, loss of enjoyment of life, great pain of body and mind, inconvenience, loss of enjoyment, and pain and suffering in the future.

16. As a result of the collision caused by Defendant's negligence, Plaintiff incurred expenses for medical treatment and expenses for related treatment and care as a result of injuries sustained in this collision, and he will continue to incur such expenses in the future.

**COUNT II – NEGLIGENCE PER SE**
**(ALL DEFENDANTS)**

17. Plaintiff re-alleges and incorporates herein by this reference Paragraphs 1 through 16 of his Complaint as though expressly set forth herein.

18. Defendant owed a duty of care to Plaintiff, along with other motorists on the roadway, to operate his vehicle in a reasonable and safe manner, in accordance with, and respecting of Arizona's traffic laws, and that did not create hazard for motorists on the roadway.

19. Defendant's breach of that duty of care constitutes violation A.R.S. §28-701 (reasonable & prudent speed).

20. These violations were the direct and proximate cause of Plaintiff's injuries and damages.

**WHEREFORE,** Plaintiff pays for Judgment against Defendant as follows:

a) For general damages, in an amount to be proven at trial of this matter.

b) For special damages, in an amount to be proven at trial of this matter.

c) For reasonable attorney's fees and costs; and interest at the statutory rate; and



BROWNE LAW GROUP
PERSONAL INJURY ATTORNEYS

d) For such other and further relief as this Court deems proper.

**RESPECTFULLY SUBMITTED** this 27th day of June, 2022

**BROWNE LAW GROUP**

By:______________________________
Byron F. Browne (030499)
366 North Gilbert Rd, Suite 201
Gilbert, Arizona 85234
*Attorney for Plaintiff*

BROWNE LAW GROUP
PERSONAL INJURY ATTORNEYS

Byron F. Browne (030499)
**BROWNE LAW GROUP**
366 North Gilbert Rd, Suite 202
Gilbert, Arizona 85234
Phone/Fax: (480) 771-2442
E-mail: byron@brownelawgroup.com

BROWNE LAW GROUP
PERSONAL INJURY ATTORNEYS

**IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| CODY CIESIELSKI, individually<br><br>Plaintiff,<br><br>vs.<br><br>PERRY SCHMOEKEL, individually and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah corporation sole; DOES I-V.<br><br>Defendants. | Case No.: CV2022-092832<br><br>**ACCEPTANCE OF SERVICE ON BEHALF OF DEFENDANTS**<br><br>Assigned to Honorable Peter Thompson |

My name is MARK D. ZUKOWSKI.

1. I have been retained by the Defendants PERRY SCHMOEKEL, individually and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; a Utah corporation sole, to represent the Defendants in the above-entitled action and I am authorized to accept service of process in this matter.

2. On behalf of PERRY SCHMOEKEL, individually and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; a Utah corporation sole, I hereby accept service of process on PERRY SCHMOEKEL and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; a Utah corporation sole, in this action.

3. I also hereby acknowledge receipt of the Summons and a copy of the Complaint, upon this



date, as though the same had been served upon Defendants PERRY SCHMOEKEL and THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; a Utah corporation sole, by the Sheriff or other person duly appointed or authorized by law to serve process.

**RESPECTFULLY SUBMITTED** this 14th day of July 2022

Jones, Skelton & Hochuli, P.L.C.

By:______________________________

**MARK D. ZUKOWSKI**
40 North Central Avenue
Suite # 2700
Phoenix, Arizona 85004
(602) 263-1759
*Attorney for Defendants*

BROWNE LAW GROUP
PERSONAL INJURY ATTORNEYS